**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SALEEBAN ISSE ADAN,
ID # 1000439372,
a/k/a SALEEBAN MAXAMETH CALI,**

    *Plaintiff*,

**v.**                                           **Case No.: 1:26cv101-MW/MAF**

**STATE OF GEORGIA, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's action is **DISMISSED** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on June 1, 2026.**

                                    **s/Mark E. Walker**         
                                    **United States District Judge**